129471
\# 10126

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO



FILED 2011 MAY -9 PM 3:3[_]
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

In re: KERNS, DANIEL RAYMOND      Case No. 08-34481
       KERNS, DEBORAH LYNN

Judge RICHARD L. SPEER

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee / Address | Amount |
| --- | --- |
| Nordstrom fsb, P. O. Box 6566, Englewood, CO 80155 | $2.47 |
| Dr. Robert Storm, P. O. Box 428, Bellevue, OH 44811 | 3.54 |
| Firelands Radiology, 54 Executive Dr., Norwalk, OH 44857 | 0.45 |
| Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111 | 2.88 |
| Cleveland Electric, Bankruptcy Dept., 6898 Miller Rd., Ste. 204     Brecksville, OH 44141 | 0.91 |

Check for $10.25 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 5/06/2011

_____
John N. Graham, Trustee